IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL DAVID §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>TEXAS DEPARTMENT OF CRIMINAL §<br>JUSTICE, ET AL., §<br>    Defendants. § | CIVIL ACTION NO. C-04-299 |

## ORDER

Be it remembered that on this day, came to be heard the **Joint Motion to Vacate Scheduling Order and Re-Set Deadlines** in the above entitled cause of action. The court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that said motion is **GRANTED**. The court's current Order Setting Deadlines is hereby vacated and all deadlines are re-set as follows:

  i) Expert Designations shall be made by October 15, 2005

  ii) Dispositive Motions shall be made by November 1, 2005

  iii) Discovery cut-off shall be November 23, 2005

SIGNED on this the 4 day of August, 2005.

_____
JUDGE PRESIDING