UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-299 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION, *et al*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Defendants' unopposed motion for an extension of time to provide a statement regarding settlement (D.E. 80) is granted.  The statement shall be filed no later than Monday, March 20, 2006.

ORDERED this 8th day of March, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE